Form nflgtran

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Katelynn Locke, et al.ZZ
Plaintiff

v.

Amy C. Locke, et al.
Defendant
Adv. Proc. No. 4:19−ap−01005           Judge: Richard D. Taylor

In Re: Amy C. Locke
Debtor

         Bankruptcy Case No.: 4:18−bk−10119
         Chapter 13

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of a proceeding recently held in this case was filed on 12/2/19.

The following deadlines apply:

The parties have until 12/16/19 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/23/19.

If a request for redaction is filed, the redacted transcript is due 1/2/20.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 3/1/20 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: 12/2/19

         Linda McCormack, Clerk
         By:
         MaryBeth Mansfield
         Deputy Clerk